**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
RYAN CAMBRELEN,

                Petitioner,                03 CV 0248 (NG)

  - against -

                                                                             ORDER

**UNITED STATES OF AMERICA,**

                Respondent.
-----------------------------------------------------------x

**GERSHON, United States District Judge:**

      Petitioner, proceeding *pro se*, moves pursuant to Rule 60(b) of the Federal Rules of Civil Procedure to preserve the right to collaterally attack the constitutionality of his sentence under *United States v. Booker*, 125 S.Ct. 738 (2005). The Second Circuit has held that *Booker* does not apply retroactively to such a collateral challenge. *See Green v. United States,* 397 F.3d 101, 103 (2d Cir. 2005). Accordingly, petitioner's application is denied.

                                                                             SO ORDERED.

                                                                     */s/ Nina Gershon*
                                                                     **NINA GERSHON**
                                                                     **United States District Judge**

**Dated:  November 23, 2005**
           **Brooklyn, New York**